**I**

**TEXAS COMPANY and Orange-Cameron Land Company, Appellants, v. ROSENTHAL-BROWN FUR COMPANY, Inc., and C. W. Brown, Appellees.**

(Circuit Court of Appeals, Fifth Circuit. January 3, 1927. Rehearing Denied February 10, 1927.)

No. 4809.

Appeal from the District Court of the United States for the Western District of Louisiana.

Hampden Story, of Shreveport, La., and A. P. Pujo, of Lake Charles, La. (Hampden Story, of Shreveport, La., A. P. Pujo, and Pujo & Bell, all of Lake Charles, La., and Fred L. Williams, of Houston, Tex., on the brief), for appellants.

S. W. Plauche and Cullen R. Liskow, both of Lake Charles, La., and Eldon S. Lazarus, of New Orleans, La. (S. W. Plauche, Cullen R. Liskow, C. A. McCoy, all of Lake Charles, La., and Eldon S. Lazarus, of New Orleans, La., on the brief), for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The result of a careful consideration of the record and the arguments of counsel in this case is that we reach the same conclusion which is evidenced by the decree appealed from. The opinion rendered by the District Judge (Texas Co. v. Rosenthal-Brown Fur Co., 12 F.[2d] 297) sufficiently states reasons justifying the refusal to grant any relief prayed for, except that which was granted by that decree, and we think that further discussion of the questions involved would be superfluous.

The decree is affirmed.

---

**2**

**UNITED STATES ex rel. Onofrio IENNA, Relator-Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. December 23, 1926.)

No. 157.

Appeal from the District Court of the United States for the Southern District of New York.

G. M. Cusumano, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Chas. L. Sylvester, of New York City, of counsel), for appellee.

Before MANTON and HAND, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed in open court.

---

**3**

**Samuel VALENTI et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. January 11, 1927.)

No. 199.

In Error to the District Court of the United States for the Northern District of New York.

Hammond, Lennox & Martin, of Syracuse, N. Y. (William C. Martin, of Syracuse, N. Y., of counsel), for plaintiff in error.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., for the United States.

Before MANTON and LEARNED HAND, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment of conviction affirmed.